UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES CROMWELL, ET AL.                                       PLAINTIFFS

VS.                                   CIVIL ACTION NO. 3:08CV422TSL-JCS

DRIFTWOOD ELECTRICAL CONTRACTORS, INC.               DEFENDANT

## JUDGMENT

In accordance with the court's order entered this date, it is ordered and adjudged that plaintiffs' complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 15th day of June, 2009.

                                               /s/ Tom S. Lee
                                               UNITED STATES DISTRICT JUDGE